FORM B5
(12/03)

**ORIGINAL**

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| __Northern__ District of __California__ | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>CHL MORTGAGE GROUP, INC., A California corporation | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)    68-0451893 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>2000 Crow Canyon Place, Suite 220<br>San Ramon, California 94583 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Contra Costa | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Not Applicable

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7      ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☒ Debts are primarily business debts

TYPE OF DEBTOR
- ☐ Individual      ☐ Stockbroker
- ☐ Partnership    ☐ Commodity Broker
- ☒ Corporation    ☐ Railroad
- ☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
Mortgage Banking

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.   ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2.   ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>                          or<br>b.   ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition
(6/92)

Name of Debtor: CHL MORTGAGE GROUP, INC.

Case No. _____ (court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.
By: Dean McGee

X _____
Signature of Petitioner or Representative (State title)
First Horizon Home Loan Corp.
Name of Petitioner     Date Signed 1/31/05

Name & Mailing Address of Individual Signing in Representative Capacity:
Dean McGee
4000 Horizon Way
Irving, TX 75063

X _Penelope Parmes_ 1/31/05
Signature of Attorney          Date
Penelope Parmes/Rutan & Tucker, LLP
Name of Attorney Firm (If any)
611 Anton Blvd., Ste. 1400, Costa Mesa, CA 92626
Address
(714) 641-5100
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| First Horizon Home Loans Corp.<br>4000 Horizon Way, Irving, TX 75063 | Monies improperly obtained based on fraud, etc. | $5,270,518.30 known to date |
| | | |
| | | |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

Case: 05-40438  Doc# 1  Filed: 02/02/05  Entered: 02/02/05 11:29:52  Page 2 of 3

FORM 5 (Involuntary Petition)
(6/92)

Name of Debtor: CHL MORTGAGE GROUP, INC.
Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

By: Dean McGee

x _Dean McGee, Vice President_   x _____ 1/31/05
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date

First Horizon Home Loan Corp.                              Penelope Parmes/Rutan & Tucker, LLP
Name of Petitioner         Date Signed 1/31/05             Name of Attorney Firm (If any)

Name & Mailing             Dean McGee                       611 Anton Blvd., Ste. 1400, Costa Mesa, CA 92626
Address of Individual      4000 Horizon Way                 Address
Signing in Representative                                   (714) 641-5100
Capacity                   Irving, TX 75063                 Telephone No.

x _____                                    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date

Name of Petitioner       Date Signed                        Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative                                   Telephone No.
Capacity

x _____                                    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date

Name of Petitioner       Date Signed                        Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative                                   Telephone No.
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| First Horizon Home Loans Corp. 4000 Horizon Way, Irving, TX 75063 | Monies improperly obtained based on fraud, etc. | $5,270,518.30 known to date |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Case: 05-40438    Doc# 1    Filed: 02/02/05    Entered: 02/02/05 11:29:52    Page 3 of 3