REIDUN STRØMSHEIM # 104938
JOANNE M. LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 05-40438 JK |
| CHL Mortgage Group, Inc. | Chapter 7 |
| Tax I.D. 68-0451893 | |
| Debtor | |

**APPLICATION FOR ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT; AND FOR ENTRY OF JUDGMENT AGAINST SEAN M. REYNOLDS**

TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

John T. Kendall ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully requests that the Court enter an order approving the stipulation for entry of judgment against Sean M. Reynolds, and issue a Judgment thereon. In support of this request, the Trustee represents as follows:

1. John T. Kendall is the duly appointed, qualified and acting trustee of the above referenced Chapter 7 estate. The case was commenced by the filing of an involuntary petition for Chapter 11 relief on February 2, 2005. The order for relief was signed and entered on March 9, 2005, and the case was converted to Chapter 7 by order signed on March 10, 2005, entered on March 14, 2005.

2. The Trustee entered into a compromise with Sean M. Reynolds ("Reynolds"), the defendant in AP # 07-4044. The proposed compromise was submitted to the Court for approval on June 26, 2008 (see Docket Nos. 712 - 715 herein), upon notice to creditors, and an Order approving the compromise was entered on July 28, 2008 (see Docket No. 717).

3. Under the terms of the compromise, Reynolds was to pay the Estate a down payment of $20,000 and then make monthly interest-only payments on a balance of $400,000 at the rate of six percent per annum, with a first principal reduction of $200,000 on or before August 2, 2010, and a second and final principal reduction on or before August 1, 2011. See Declaration of Robert E. White ("White Decl."), filed June 26, 2008, Docket No. 714 herein, attached to which as Exhibit "A" is a copy of the *Settlement Agreement and Mutual Release* (the "Settlement Agreement"), true and correct copies of which declaration and its exhibit are collectively attached to this Application for the Court's convenience ("Attachment 1").

3. The Settlement Agreement provided that if Reynolds defaulted in the performance of any of his obligations under the terms of the Settlement Agreement and such default remained uncured, then the Trustee could seek the entry of a stipulated judgment in the amount of $1.5 million in favor of the Estate. See Attachment 1, White Decl., Ex. "A," Settlement Agreement.

4. Reynolds made the initial $20,000 payment, and the first monthly interest payment, which was due August 1, 2008. Reynolds failed to make the September 2008 interest payment, and the estate provided notice to Reynolds and his counsel as required under the terms of the Settlement Agreement. See Notice of Default, attached as Exhibit "A" to the Declaration of Joanne LaFreniere (the "LaFreniere Decl."), filed herewith. The default remained uncured after 5 days from the notice, and remains uncured. See LaFreniere Decl., filed herewith.

5. Accordingly, under the terms of the Settlement Agreement, the Trustee may submit the executed Stipulation for Entry of Judgment, a copy of which is attached to the LaFreniere Decl., as Exhibit "B," and request entry of an Order Approving Stipulation for Entry of Judgment, and a Judgment Pursuant to Stipulation. See Attachment 1, terms of the Settlement Agreement at ¶¶ 7, 23.

WHEREFORE, the Trustee respectfully requests that (1) an Order approving the Stipulation for Entry of Judgment be entered, and that (2) a default judgment against Sean M. Reynolds be entered.

DATED: This 10th day of November, 2008

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
Attorneys for Plaintiff,
JOHN T. KENDALL, Trustee

STROMSHEIM & ASSOCIATES