| United States Bankruptcy Court for the Northern District of California | | | |
|---|---|---|---|
| Debtor 1 | CHL Mortgage Group, Inc | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| | | Case number: | 05-40438 |

Form 1340 (12/19) (Modified for use in the Northern District of California, US Bankruptcy Court)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

Amount: $3,056.31

Claimant's Name: Nationstar Mortgage LLC dba Mr. Cooper

| Claimant's Current Mailing Address, Telephone Number, and Email Address: | C/O Francine Miller<br>2780 Lake Vista Drive<br>Lewisville, TX 75067<br>972-894-0319<br>Francine.miller@mrcooper.com |
|---|---|

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party presently entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee (originally owed the funds).

### 4. Notice to United States Attorney

[✓] On the Applicant Declaration date stated below, Applicant sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/6/2022

*Francine Miller* (signature)
Signature of Applicant

**Francine Miller**
Printed Name of Applicant

Address: C/O Nationstar Mortgage LLC dba Mr. Cooper
2780 Lake Vista Drive
Lewisville, TX 75067

Telephone: 972-894-0319

Email: Francine.miller@mrcooper.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization
STATE OF Texas
COUNTY OF Denton

This Application for Unclaimed Funds, dated 4/6/22 was subscribed and sworn to before me this 6th day of April, 2022 by

Francine Miller
(Print Name of Applicant)

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public Kelly Webb

HOLLY WEBB
Notary Public, State of Texas
Comm. Expires 05-21-2023
Notary ID 130235646

My commission expires: 5/21/23

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____
(Print Name of Co-Applicant)

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

Form 1340        Application for Payment of Unclaimed Funds        Page 2
(Modified for use in the Northern District of California, US Bankruptcy Court)

Case: 05-40438   Doc# 868   Filed: 04/07/22   Entered: 04/11/22 11:19:42   Page 2 of 2